IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMITY S. JOHNSON,

    Plaintiff,

v.                                        No. 1:23-cv-00226-KG-JMR

APPLE, INC.,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED** without prejudice.

*/s/ Kenneth J. Gonzales*
UNITED STATES DISTRICT JUDGE